FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 20 PM 5:22

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | |
|---|---|
| ERNST & YOUNG, LLP, | )<br>)<br>) |
| Appellant, | ) |
| v. | ) Case No. CV407-092 |
| ALAN COHEN, as Trustee of the<br>Friedman's Creditor Trust, | )<br>)<br>)<br>) |
| Appellees. | ) |

## ORDER

The Court having reviewed and considered the petition of Patricia A. Gorham of the law firm of Sutherland Asbill and Brennan LLP, 999 Peachtree Street, N.E., Atlanta, Georgia 30309-3996, for permission to appear pro hac vice on behalf of appellant Ernst & Young, LLP, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Patricia A. Gorham as counsel of record for appellant Ernst & Young, LLP, in this case.

**SO ORDERED** this 20th day of July, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA